

FILED
JAMES BONINI
CLERK

2011 SEP -7 PM 2:50

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:11CR111 DLOTT |
| V. | : | INDICTMENT<br>18 U.S.C. § 2422(b) |
| ARMANDO SANTIAGO-RIVERA | : | |

## COUNT 1

The Grand Jury charges that:

Beginning on or about November 24, 2007 and continuing through January 4, 2008, in the Southern District of Ohio, the defendant, ARMANDO SANTIAGO-RIVERA, did knowingly use facilities and means of interstate commerce, that is, a computer connected to the Internet and cellular telephones, to persuade, induce, entice and coerce an individual who had not attained the age of 18 years, that is, a sixteen-(16)-year-old boy to engage in illegal sexual activity with him.

All in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

S/
_____
GRAND JURY FOREPERSON

CARTER M. STEWART
UNITED STATES ATTORNEY

_____
ANTHONY SPRINGER
CINCINNATI BRANCH CHIEF