UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:11-CR-111 |
| | : | |
| | : | JUDGE BARRETT |
| V. | : | |
| | : | **SUPERSEDING** |
| | : | **INFORMATION** |
| | : | 18 U.S.C. § 2252(a)(2) |
| ARMANDO SANTIAGO-RIVERA | : | 18 U.S.C. § 2252(b)(1) |

## COUNT 1

The United States charges that:

Beginning on or about November 24, 2007 and continuing through January 4, 2008, in the Southern District of Ohio, the defendant, ARMANDO SANTIAGO-RIVERA, did knowingly receive a visual depiction that had been mailed, or shipped or transported in interstate or foreign commerce, or which contained materials which had been mailed or so shipped or transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct.

**In violation of 18 U.S.C. §§2252(a)(2) and 2252(b)(1).**

CARTER M. STEWART
UNITED STATES ATTORNEY

*[signature]*

ANTHONY SPRINGER
CINCINNATI BRANCH CHIEF