UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:11-CR-111 |
| vs. | : | Judge Barrett |
| ARMANDO SANTIAGO-RIVERA | : | **ORDER OF DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses the Indictment pending against Armando Santiago-Rivera.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Christy L. Muncy
CHRISTY L. MUNCY (KY 88236)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385
Christy.Muncy @usdoj.gov

**Leave of Court is granted for the filing of the foregoing Order of Dismissal.**

3-19-12
Date

**HONORABLE MICHAEL R. BARRETT**
**UNITED STATES DISTRICT JUDGE**